**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01093-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

BILL GUINN,

      Plaintiff,

v.

UNNAMED CONTEMPLATED DEFENDANTS,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    On April 23, 2013, Plaintiff submitted a Motion for Production of Documents,

ECF No. 1.  In the Motion, Plaintiff asks the Court to direct the Jefferson County Sheriffs

Department to provide copies of telephone calls that he made or received at the jail, and

legal visits that he received, for use in presenting his contemplated civil litigation.

Plaintiff's Motion for Production of Documents is premature.  The Court, however,

construes the Motion in part as a request to initiate a civil action.  *See* ECF No. 1 at 3.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the documents are deficient as described in this Order.  Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this Court in this

action.  Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X    is not submitted (Must use Court-approved form revised October 1, 2012)
(2)   ___   is missing affidavit
(3)   X    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   X    is missing authorization to calculate and disburse filing fee payments
(7)   __    is missing an original signature by the prisoner
(8)   __    is not on proper form
(9)   __    names in caption do not match names in caption of complaint, petition or habeas application
(10)  X    other: Plaintiff in the alternative may pay the $350 filing fee in full

**Complaint, Petition or Application**:

(11)  X    is not submitted
(12)  __    is not on proper form
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. ___
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    names in caption do not match names in text
(17)  __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

2

**within thirty days from the date of this Order**, the action will be dismissed without further notice.   It is

FURTHER ORDERED that to the extent Plaintiff requests the production of documents, ECF No. 1, the request is denied as premature.

DATED April 25, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

3