IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01093-BNB

BILL GUINN,

    Plaintiff,

v.

UNNAMED CONTEMPLATED DEFENDANTS,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Bill Guinn, currently resides in Denver, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a Complaint. In an order entered on May 15, 2013, Magistrate Judge Boyd N. Boland instructed Plaintiff that he must file his claims and his request to a 28 U.S.C. § 1915 on Court-approved forms. *See* D.C.COLO. LCivR 8.1.A. Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the noted deficiencies within thirty days.

Plaintiff has failed to cure the noted deficiencies within the time allowed. Therefore, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the noted deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   19th   day of     June          , 2013.

BY THE COURT:

　　s/Lewis T. Babcock　　
LEWIS T. BABCOCK, Senior Judge
United States District Court