IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01093-LTB

BILL GUINN,

    Plaintiff,

v.

UNNAMED CONTEMPLATED DEFENDANTS,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 19, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 19 day of June, 2013.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/ M.J. Garcia
                                          Deputy Clerk